In the Matter of the Claim of THOMAS MACKIN, Respondent, against CURRAN AUTO TRANSPORT COMPANY and the INDEPENDENCE INDEMNITY COMPANY, Appellants; JOHN J. NIX, Employer, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondents. STATE INDUSTRIAL BOARD, Respondent. Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman and Rhodes, JJ., concur; Hill, J., dissents and votes to reverse the award and to dismiss the claim as against Curran Auto Transport Company and its insurance carrier on the ground there was no proof of an accidental injury to the claimant while in the employ of the said employer. McNamee, J., not voting.